

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-20-00398-CV

———————————————————

IN RE ROBERT JAY BOWMAN, Relator

---

Original Proceeding
97th District Court of Montague County, Texas
Trial Court No. 02-03-0047M-CR-A

---

Before Sudderth, C.J.; Gabriel and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied.

Per Curiam

Delivered: December 11, 2020